# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,      )
                                 )

        Plaintiff,           )
                                 )

        v.                  )         Case No. 15-00096-CR-W-SRB
                                 )

TONY B. THOMAS,             )
                                 )

        Defendant.       )

## <u>ORDER</u>

Before the Court is Magistrate Judge Lajuana Counts's Report and Recommendation (Doc. #72) recommending that the Court find that Defendant Tony B. Thomas is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Neither party filed objections to the Report and Recommendation. After an independent and careful review of the record and the applicable law, the Court **ADOPTS** Judge Counts's Report and Recommendation. (Doc. #72).

      **IT IS SO ORDERED**.

                          /s/ Stephen R. Bough
                          STEPHEN R. BOUGH
                          UNITED STATES DISTRICT JUDGE

<u>Dated: January 24, 2019</u>