# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-00096-01-CR-W-SRB |
| ) | |
| TONY B. THOMAS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before this Court is Magistrate Judge Lajuana M. Counts's Report and Recommendation (Doc. #147) recommending that the Court deny Defendant Tony B. Thomas's numerous *pro se* motions asking the Court to suppress evidence obtained during the search of his vehicle on August 11, 2013 (Doc. ##92, 94, 100, 103, 104, 112, 117, and 122). Defendant is now represented by counsel who filed Objections to Report and Recommendation on March 25, 2020, on Defendant's behalf. (Doc. #156). After an independent review of the record, the applicable law, and the parties' arguments, the Court ADOPTS the Report and Recommendation (Doc. #147). Accordingly, it is hereby **ORDERED** that the Report and Recommendation (Doc. #147) be attached to and made a part of this Order. Defendant's Objections to Report and Recommendation (Doc. #156) are OVERRULED, and Defendant's motions asking the Court to suppress evidence (Doc. ##92, 94, 100, 103, 104, 112, 117, and 122) are DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: March 31, 2020